1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD L. TAYLOR,                                    No. C-07-05549 EDL

              Plaintiff,                             **ORDER SETTING BRIEFING
                                                     SCHEDULE**

     v.

MICHAEL J. ASTRUE,

              Defendant.
_____/

       On March 14, 2008, Defendant filed a motion to dismiss Plaintiff's amended complaint.  No

later than March 31, 2008, Plaintiff shall file his opposition to the motion to dismiss.  Defendant

shall file a reply no later than April 7, 2008.  The Court intends to decide this motion without oral

argument, but will notify the parties if a hearing is necessary.

       **IT IS SO ORDERED.**

Dated: March 18, 2008                               *Elizabeth D. Laporte*
                                                    _____
                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge