**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD L. TAYLOR,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C-07-5549 EDL

**JUDGMENT**

    This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

  IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of August 13, 2008, Defendants' Motion to Dismiss is GRANTED.

Dated: August 19, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

1